■ IGBARA REALTY CORP. v NEW YORK PROPERTY INSURANCE UNDERWRITING ASSOCIATION. — Motion, insofar as it seeks reargument, denied. The Lentini answer now proffered was apparently not included in the record on appeal of that case; the motion, insofar as it seeks leave to appeal to the Court of Appeals, is granted, and this court certifies the following question: "Was the order of this court, which reversed the order of the Supreme Court, properly made?" Concur — Kupferman, J. P., Ross, Carro, Asch and Silverman, JJ.

## (September 28, 1983)

■ In the Matter of REBECCA TAYLOR et al. v JACK BERBERIAN et al. — Motion insofar as it seeks leave to appeal to the Court of Appeals granted and the following question certified: "Was the order of this court, which modified the order and judgment (one paper) of the Supreme Court, properly made?" The motion, insofar as it seeks a stay, is granted for twenty days from the date of this court's order pending application to the Court of Appeals for such relief. The motion is otherwise denied. Concur — Sandler, J. P., Sullivan, Bloom, Fein and Alexander, JJ.

## (September 29, 1983)

■ GLORIA B. SANCHEZ et al., Appellants, v LYNN A. SHARK, Respondent. — Judgment, Supreme Court, Bronx County (Alfred J. Callahan, J.), entered on June 29, 1982, unanimously modified, on the law and the facts, to the extent of reversing the judgment in favor of plaintiff Gloria B. Sanchez and a new trial ordered on the issue of damages awarded to said plaintiff, with $75 costs and disbursements of this appeal to abide the event, and said judgment is otherwise affirmed, unless defendant, within 20 days after service upon her of a copy of the order herein, with notice of entry, serves and files in the office of the clerk of the trial court a written stipulation consenting to increase the award to said plaintiff to $10,000 and to the entry of an amended judgment in accordance therewith. If the defendant so stipulates, the judgment, as so amended and increased, is affirmed, without costs and without disbursements. Concur — Murphy, P. J., Kupferman, Carro, Milonas and Alexander, JJ.